# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

| | |
|---|---|
| **DIXIE FUEL COMPANY, LLC,** ) | |
|              **Plaintiff** ) | |
| ) | |
| ) | |
| **V.** ) | **CIVIL ACTION NO. _____** |
| ) | |
| ) | |
| **STRAIGHT CREEK, LLC,** ) | |
|              **Defendant** ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Straight Creek, LLC, by counsel, pursuant to 28 U.S.C. § 1441, hereby removes the Complaint filed by Dixie Fuel Company, LLC, from the Circuit Court of Harlan County, Kentucky, to the United States District Court Eastern District of Kentucky Southern Division London, and respectfully states to the Court as follows:

1. On or about September 18, 2008, Plaintiff, Dixie Fuel Company, LLC, commenced a civil action against Straight Creek, LLC by filing a Complaint, a copy of which is attached hereto as Exhibit "A", in the Circuit Court of Harlan County, Kentucky, Civil Action No. 08-CI-00676 ("State Action").

2. For the reasons stated below, this Court has jurisdiction over the parties and the matters set forth in the Complaint pursuant to 28 U.S.C. § 1332, because it is a civil action in which the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interest, and is between citizens of different states.

**I. Defendant has satisfied the procedural requirements for removal.**

1. This Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b), because it is filed within thirty (30) days of service on Defendant. The Complaint was filed on September 18, 2008, and service was accomplished upon the Defendant on September 24, 2008.

2. The United States District Court Eastern District of Kentucky Southern Division London, includes Harlan County, the County in which the State Action was initiated. Therefore, venue is proper with this Court pursuant to 28 U.S.C. § 1441(a).

3. Pursuant to 28 U.S.C. § 1446(d), written notice of this Removal shall be this day served on all parties to this action and the Clerk of the Harlan Circuit Court, where the State Action is currently pending.

**II. Removal is proper in the present case.**

1. Plaintiff seeks to recover damages for breach of a contract, alleging that it entered into a contract with Defendant to supply coal. According to the Complaint, attached hereto, Defendant breached the contract when Defendant allegedly failed to deliver coal.

Plaintiff further alleges that the contract provides for the delivery of 15,000 tons per month at varying prices per ton from a low of $39.00 per ton to a high of $49.00 per ton, and that Plaintiff was required to mitigate its losses by "covering" the difference between contract price and cost of cover. The cost of "covering" is in excess of $75,000.

2. There is complete diversity between the Plaintiff, Dixie Fuel Company, LLC, and the Defendant, Straight Creek, LLC.

    a. In the attached Complaint, the Plaintiff indicates that it is a limited liability company organized under the laws of the Commonwealth of Kentucky, with its principal place of business located in Grays Knob, Kentucky, and with an additional office in Knoxville, Tennessee.

      b.      Defendant is a limited liability company organized under the laws of the State of Georgia, with its principal place of business in Atlanta, Georgia.

      c.      For the reason that the State Action is between citizens of different states and the amount in controversy, exclusive of interest and costs, is greater than $75,000, removal to the United States District Court is appropriate, pursuant to 28 U.S.C. § 1441(a), and 28 U.S.C. § 1332.

Respectfully submitted,

/s/ Gillard B. Johnson, III  
Gillard B. Johnson, III  
D. Eric Lycan  
Bowling & Johnson, PLLC  
1010 Monarch Street, Suite 250  
P.O. Box 910810  
Lexington, Kentucky 40591-0810  
Telephone: (859) 255-7080  
Fax: (859) 255-6903  
Email: gjohnson@cbandj.com  
       elycan@insightbb.com

## **CERTIFICATE OF SERVICE**

On October 10, 2008, I electronically filed this document through the ECF system, which will send a notice of electronic filing to

H. Kent Hendrickson
ricehend@harlanonline.net

and I mailed this document and the notice of electronic filing on October 10, 2008, to:

H. Kent Hendrickson
Rice Hendrickson & Williams
89 Woodland Hills
P.O. Drawer 980
Harlan, KY 40831-0980
Telephone: (606) 573-3955
Fax: (606) 573-3956
Email: ricehend@harlanonline.net

                                                  /s/ Gillard B. Johnson, III
                                                  Attorney for Defendant

p:\bowling & johnson\clients\straight creek\litigation\straight creek usdc\notice of removal.doc